UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION DIVISION

IN RE:                                          CASE NO. 14-55898
                                                CHAPTER 13
Mark Eugene Koehler
Shannon Marie Koehler                           JUDGE C KATHRYN PRESTON

        DEBTORS                                 **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, FRANK M PEES TRUSTEE files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** BSI FINANCIAL SERVICES INC

**Final Cure Amount**

| Court Claim # | Account Number | Claim Amount | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 2 | 7973 | $19,680.17 | $19,680.17 | $19,680.17 |
| Total Amount Paid by Trustee | | | | $19,680.17 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

  **X**  Through August 2019 via conduit          ___  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 14-55898

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 8th day of August, 2019.

Mark Eugene Koehler, Shannon Marie Koehler, 2927 Bretton Woods Dr., Columbus, OH  43231

ELECTRONIC SERVICE - Ruth Ann Hohl, Ruth Ann Hohl, PO Box 109, New Albany, OH  43054

BSI FINANCIAL SERVICES INC, 314 S FRANKLIN ST, PO BOX 517, TITUSVILLE, PA  16354

ELECTRONIC SERVICE - United States Trustee

Date:  August 08, 2019                                           /s/ FRANK M PEES TRUSTEE
                                                                 FRANK M PEES TRUSTEE
                                                                 Chapter 13 Trustee
                                                                 130 E WILSON BRIDGE RD #200
                                                                 WORTHINGTON, OH  43085-6300