# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## COLUMBUS DIVISION

| | |
|---|---|
| In Re: | Case No. 14-55898 |
| Mark Eugene Koehler<br>Shannon Marie Koehler | Chapter 13 |
| Debtors | Judge C. Kathryn Preston |

## RESPONSE TO MOTION TO DEEM MORTGAGE CURRENT

U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust ("Creditor"), by and through their undersigned counsel, hereby files this response to the Debtors' Motion to Deem Mortgage Current filed on August 8, 2019. Creditor agrees that the mortgage is now current, and the post-petition due date is September 1, 2019.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Response was served **electronically** on August 29, 2019 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **ordinary U.S. Mail** on August 29, 2019 addressed to:

Mark Eugene Koehler, Debtor
2927 Bretton Woods Dr.
Columbus, OH 43231

Shannon Marie Koehler, Debtor
2927 Bretton Woods Dr.
Columbus, OH 43231

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Attorney for Creditor